UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KOLETA ANDERSON, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 1:17-cv-01204-JFM |
| Plaintiff, | ) ) ) | <u>CLASS ACTION</u> |
| vs. | ) ) ) | |
| BURGER KING CORPORATION, | ) ) | |
| Defendant. | ) ) ) | |

NOTICE OF MOTION AND PLAINTIFF'S UNOPPOSED MOTION FOR (1) FINAL APPROVAL OF CLASS ACTION SETTLEMENT; AND (2) AN AWARD OF ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARD

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on April 3, 2018, at 9:30 a.m., at the United States District Court, District of Maryland, United States Courthouse, 6500 Cherrywood Lane, Greenbelt, Maryland 20770, or as soon thereafter as counsel may be heard before the Honorable Theodore D. Chuang, United States District Judge, plaintiff Koleta Anderson ("Plaintiff") will and hereby moves for orders and/or judgments: (1) finally approving the settlement of this class action and dismissing the litigation with prejudice; and (2) awarding Class Counsel an award of attorneys' fees, expenses, and a service award to Plaintiff. Plaintiff's motion is based upon the Memorandum of Law in Support of Plaintiff's Motion for Final Approval of Class Action Settlement, Class Counsel's Memorandum of Law in Support of Motion for an Award of Attorneys' Fees, Expenses, and Service Award, the declarations submitted in support thereof, the Class Action Settlement Agreement dated as of October 6, 2017, all other pleadings and matters of record, and such additional evidence or argument as may be presented in Plaintiff's motion or at the hearing on Plaintiff's motion.

DATED: February 16, 2018   ROBBINS GELLER RUDMAN
  & DOWD LLP
STUART A. DAVIDSON (*Pro Hac Vice*)
CHRISTOPHER C. GOLD (*Pro Hac Vice*)


s/ Stuart A. Davidson
STUART A. DAVIDSON

120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com
cgold@rgrdlaw.com

- 1 -

1368492_1

ROBBINS GELLER RUDMAN
 & DOWD LLP
ROXANA PIERCE (*Pro Hac Vice* pending)
1701 K Street NW, Suite 350
Washington DC 20036
Telephone: 202/822-6762
202/828-8528 (fax)
rpierce@rgrdlaw.com

SILVERMAN THOMPSON SLUTKIN
 WHITE LLC
STEVEN D. SILVERMAN (Bar No. 22887)
WILLIAM N. SINCLAIR (Bar No. 28833)
201 N. Charles Street, 26th Floor
Baltimore, MD 21201
Telephone: 410/385-2225
410/547-2432 (fax)
ssilverman@mdattorney.com
bsinclair@mdattorney.com

*Attorneys for Plaintiff and the Class*

CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 16, 2018.

                                                s/ Stuart A. Davidson
                                                STUART A. DAVIDSON

                                                ROBBINS GELLER RUDMAN
                                                    & DOWD LLP
                                                655 West Broadway, Suite 1900
                                                San Diego, CA 92101-8498
                                                Telephone: 619/231-1058
                                                619/231-7423 (fax)

                                                E-mail: sdavidson@rgrdlaw.com

1368492_1

# Mailing Information for a Case 8:17-cv-01204-TDC Anderson v. Burger King Corporation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Stuart A Davidson**
  sdavidson@rgrdlaw.com,5147990420@filings.docketbird.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Christopher M Gold**
  cgold@rgrdlaw.com

- **Jeffrey S Jacobson**
  jjacobson@kelleydrye.com

- **Alexander D Kruzyk**
  akruzyk@rgrdlaw.com

- **Lauri Anne Mazzuchetti**
  lmazzuchetti@kelleydrye.com

- **Mindy Beth Pava**
  mpava@kelleydrye.com

- **William Nelson Sinclair**
  bsinclair@mdattorney.com,e_file@mdattorney.com,dfarmer@mdattorney.com

- **Joseph Dale Wilson , III**
  jwilson@kelleydrye.com,marevalo@kelleydrye.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

# Manual List – Objector

## *Anderson v. Burger King Corporation*
## No. 1:17-cv-01204-JFM

Jason Bowerman
4800 Copley Lane Apt. 278
Upper Marlboro, MD 20772